IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIEZ, et al.,<br><br>    Defendants. | No. 2:20-CV-0071-JAM-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's second motion, ECF No. 21, for a 60-day extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted in part. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated: November 20, 2020

                                                        DENNIS M. COTA<br>
                                                        UNITED STATES MAGISTRATE JUDGE