IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. DIAZ, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00071 JAM DMC P<br><br>**ORDER GRANTING MOTION FOR AUTOMATIC SUBSTITUTION OF SECRETARY ALLISON AND DISMISSAL OF DEFENDANT DIAZ UNDER FRCP 25(D)** |

Under Fed. Rule Civ. P. 25(d), Secretary K. Allison is substituted for (ret) Secretary R. Diaz. Defendants' motion to substitute, ECF No. 36, is granted and Diaz is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated:  September 30, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE