IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,** | Case No. 2:20-cv-00071 JAM DMC P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. DIAZ, et al.,** | |
| Defendants. | |

    Good cause appearing based on counsel's declaration indicating the need for additional time to coordinate with the prison in scheduling Plaintiff's deposition, Defendants' motion to modify the scheduling order dated March 3, 2022, is **GRANTED**. (ECF No. 46). This is Defendant's first request which the Court considers ex parte under Local Rule 144(c). The

/ / /

following deadlines are modified:

1. All Discovery: **September 5, 2022**

2. Motions to Compel: **November 4, 2022**

3. Dispositive Motion: **December 5, 2022**

**IT IS SO ORDERED.**

**Dated: June 6, 2022**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE