IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH, | No. 2:20-CV-0071-DAD-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CONNIE GIPSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 53, for an extension of time to file dispositive motions.  Good cause appearing therefor based on counsel's declaration indicating the need for additional time to review evidence, Defendants' motion is granted. Dispositive motions are due within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  December 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1