IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>             Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>             Defendants. | No. 2:20-CV-0071-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 55, to substitute K. Allison for her successor as Secretary of the California Department of Corrections and Rehabilitation, J. Macomber. Defendants' request is granted. See Fed. R. Civ. P. 25(d). The Clerk of the Court is directed to terminate K. Allision as a defendant to this action and to add J. Macomber.

IT IS SO ORDERED.

Dated: April 25, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1