**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LARRY SMITH,

Plaintiff,

v.

CONNIE GIPSON, et al.,

Defendants.

No. 2:20-CV-0071-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On July 27, 2023, the Court stayed proceedings in this case pending resolution of Plaintiff's various health issues. See ECF No. 71. Thereafter, on September 5, 2023, Plaintiff filed a status report indicating that, following various transfers to other prisons for enhanced medical care, his medical issues have been resolved and he has been reunited with his legal materials. See ECF No. 73. Good cause appearing therefor based on Plaintiff's status report, the stay of proceeding will be lifted. The Court will also grant Plaintiff additional time within which to file an opposition to Defendants' pending motion for summary judgment.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of proceedings imposed on July 27, 2023, is LIFTED.

2. Plaintiff's opposition to Defendants' motion for summary judgment is due within 30 days of the date of this order.

Dated: January 23, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE