1

2

3

4

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LARRY SMITH,                                    No.  2:20-CV-0071-DAD-DMC-P

12                     Plaintiff,

13           v.                                        ORDER

14    CONNIE GIPSON, et al.,

15                     Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's late-filed motion for an extension of

19    time.  See ECF No. 76.

20           Plaintiff seeks a further extension of time to file an opposition to Defendants'

21    motion for summary judgment.  Plaintiff's motion will be denied as untimely.  Defendants'

22    motion for summary judgment was filed on January 17, 2023.  Since then, Plaintiff has been

23    granted five extensions of time and obtained a temporary stay of proceedings to allow additional

24    time to respond.  On January 23, 2024, the Court granted Plaintiff a final 30-day extension of

25    time.  As of March 7, 2024, Plaintiff had not filed an opposition to Defendants' motion for

26    summary judgment and the Court issued findings and recommendations that the unopposed

27    motion be granted.  Plaintiff's current motion for a further extension of time was filed after the

28    Court issued findings and recommendations and, as such is untimely.

                                                   1

1            Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension

2    of time to file an opposition to Defendants' motion for summary judgment, ECF No. 76, is

3    DENIED.

4

5    Dated:  March 14, 2024

6                                              DENNIS M. COTA

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28