IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | No. 2:20-CV-0071-DAD-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On March 7, 2024, the undersigned issued findings and recommendations that Defendants' unopposed motion for summary judgment be granted. See ECF No. 75. On April 14, 2024, the District Judge issued an order declining to adopt the findings and recommendations. See ECF No. 79. Specifically, the District Judge noted that there appears to be a genuine dispute of material fact as to whether Plaintiff requested a religious accommodation from Defendants. See id. at 3. The District Judge referred the matter back to the undersigned for issuance of new findings and recommendations consistent with the April 14, 2024, order and to provide Plaintiff an additional "short, but reasonable, period of time in which to file an opposition" to Defendants' motion for summary judgment. Id., n.3.

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff may file an opposition to Defendants' motion for summary judgment within 45 days of the date of this order.

Dated: June 13, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE