# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SMITH,

          Plaintiff,

      v.

CONNIE GIPSON, et al.,

          Defendants.

No.  2:20-CV-0071-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the parties' trial-readiness status reports, ECF Nos. 96 and 99, and Defendants' motion to substitute party, ECF No. 101.

In their motion to substitute party, Defendant seek substitution of current Director of the Division of Adult Institutions (DAI) with the California Department of Corrections and Rehabilitation Gena Jones in place of former Director of DAI Connie Gipson.  Defendants' motion will be granted pursuant to Federal Rule of Civil Procedure 25(d).

In his status report, Plaintiff indicates that this matter is ready to proceed to trial.  See ECF No. 96.  In their status report, Defendant state that they would like to file a second motion for summary judgment, as permitted in the Court's order denying their first motion for summary judgment.  See ECF No. 99.  Defendants also seek additional time to pursue discovery.  See id.  Good cause appearing therefor, the Court will re-open discovery and set a deadline for

1

filing of a second motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Defendants' motion to substitute party, ECF No. 101, is granted.

2.     Gena Jones is substituted as a defendant in place of Connie Gipson.

3.     Discovery is re-opened.

4.     The parties may conduct additional discovery until September 4, 2026. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served not later than 45 days prior to this date.  Any motions necessary to compel discovery shall be filed by this date.

5.     Further dispositive motions are due on or before October 26, 2026.


Dated:  June 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2