**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SMITH,<br>Plaintiff,<br>v.<br>DIEZ, et al.,<br>Defendants. | No. 2:20-cv-0071-DAD-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U. S. C. § 1983. Pending before the Court is Defendants' motion for an extension of time to file a dispositive motion. ECF No. 106.

Defendants seek an extension of time of 45 days to file dispositive motions. Good cause appearing, the Court will grant the motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 106, is GRANTED.
2. Defendants' dispositive motions are due December 10, 2026.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE